UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL DIXON, JR., | No. 2:18-cv-00722-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| TARGET SUPER MARKET, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 16, 2019, the Court denied Plaintiff's application to proceed in forma pauperis because Plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted Plaintiff fourteen days within which to pay the $400 filing fee for this action. (ECF No. 6.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. *Id.* Plaintiff has not paid the fee or otherwise responded to the order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: July 11, 2019

Troy L. Nunley
United States District Judge